The order below is hereby signed.

Signed: May 04, 2010.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| MARTHA A. AKERS, | ) | Case No. 07-00662 |
| | ) | (Chapter 7) |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| MARTHA A. AKERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Adversary Proceeding No. |
| WINDWARD CAPITAL | ) | 10-10006 |
| CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER DENYING DEBTOR'S MOTION TO
ENTER CAPITOL INSURANCE AS A DEFENDANT

On April 27, 2010, the debtor filed with the court a praecipe requesting the court to "enter Capitol Insurance as Defendant in this Matter. Plaintiff is seeking judgment against one or all Defendant's. Demand damage of $1,575,000." The plaintiff filed this praecipe after a scheduling conference where she indicated her intent to add Capitol Insurance as a defendant and whereupon Windward Capital Corporation agreed to allow her to

file an amended complaint.

A submission of a praecipe is not the proper form for the plaintiff to add a new defendant to the case.  Rather, the plaintiff should have filed an amended complaint, naming Capitol Insurance as a defendant and setting forth allegations against it.  Accordingly, it is

ORDERED that the plaintiff's April 27, 2010 praecipe requesting the court to enter Capitol Insurance as a defendant is DENIED.

[Signed and dated above.]

Copies to: All counsel of record.