# United States Bankruptcy Court
## for the District of Columbia

In re:
    Martha Akers
        Debtor

Martha Akers
        Plaintiff

Capitol Insurance
        Defendant

Bankruptcy Case No. 07-662

**FILED**
JUN - 4 2010
Clerk
U.S. Bankruptcy Court for D.C.

Adversary Case No. 10-10006

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to complaint within 35 days.

Address of Clerk:

    Clerk's Office
    U.S. Bankruptcy Court
    333 Constitution Ave., NW
    Washington, D.C. 20001

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:

    Martha Akers (PRO SE)
    1319 Fairmont St NW
    Washington, DC 20009

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a scheduling conference in this matter will be held in Courtroom 1, United States Courthouse, Washington, D.C. on 8/4/10 at 9:30 AM.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

_____6/4/10_____
Date

Clerk of the Bankruptcy Court
By: _Sally Mynus_
Deputy Clerk

# CERTIFICATE OF SERVICE

I, _____, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _____ by:
      (date)

☐ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:


☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:


☐ Residence Service: By leaving the process with the following adult:


☐ Publication: The defendant was served as follows: [Describe briefly]


☐ State Law: The defendant was served pursuant to the laws of the State of
_____,
   as follows: [Describe briefly]                                    (name of state)



Under penalty of perjury, I declare that the foregoing is true and correct.

_____      _____
        Date                                              Signature


_____
        Print Name

_____
        Business Address

_____
        City                    State                    Zip