The order below is hereby signed.

Signed: October 13, 2010.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re ) | |
| ) | |
| MARTHA A. AKERS, ) | Case No. 07-00662 |
| ) | (Chapter 13) |
| Debtor. ) | |
| _____ ) | |
| ) | |
| MARTHA A. AKERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adversary Proceeding No. |
| ) | 10-10006 |
| WINDWARD CAPITAL ) | |
| CORPORATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

ORDER DENYING MOTION TO REOPEN

On July 1, 2010, the debtor filed a motion styled as a Motion to Reopen (Dkt. No. 51). The body of the Motion to Reopen is identical to a second motion filed by the debtor on that same date bearing the title of Motion to Void Forecloser [sic] Sale (Dkt. No. 52). The debtor subsequently filed an amended Motion to Void Foreclosure Sale (Dkt. No. 54), which the court denied (Dkt. Nos. 81 & 82). All of the allegations and requests for relief found in the debtor's Motion to Reopen were also included

in the debtor's Amended Motion to Void Foreclosure Sale, which the court has denied.  Thus, and in accordance with the court's Memorandum Decision and Order Denying Amended Motion to Void Foreclosure Sale (Dkt. Nos. 81 & 82) it is

ORDERED that the debtor's Motion to Reopen (Dkt. No. 51) is DENIED.

[Signed and dated above.]

Copies to: Debtor; All counsel of record; Office of United States Trustee.