**FILED**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

CLERK JAN 1 5 2011
U.S. DISTRICT &
BANKRUPTCY COURTS
Clerk, U.S. District and
Bankruptcy Courts

2011 JAN 15 P 5: 56

RECEIVED

| | | |
|---|---|---|
| In re | | |
| MARTHA A. AKERS | * | Case No: 07-00662-SMT |
| | | Chapter 13 |
| Debtor, | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

MARTHA A. AKERS                *

     Plaintiff,               *

v.                                              Adv. Pro. No: 10-10006

                                              *

WINDWARD CAPITAL CORP.,
                                              *

MOORING FINANCIAL CORP., and
                                              *

     Defendant.

\* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO RESCHEDULE JANUARY 19, 2011 HEARING

THIS MATTER, having come before the Court, pursuant to LBR 5071-1,

The Plaintiff has attempted to contact Defendants' for there consent regarding

Plaintiff's Motion to postpone the hearing scheduled for January 19, 2011, Plaintiff have

made no previous request for a continuance. The initial Pre-trial hearing was October 26,

2010 and was continued for the benefit of the Defendants' to address weather there was a

duty, owed to the Plaintiff regarding the Lender Placed Fire Insurance, Paid for by the

Plaintiff, to protect the Lender from harm. Also, the fact that their Summary Judgment

Motion, submitted had deficiencies that would render the Court to Deny it, as it existed.

The Court granted Defendants' more then two months to render a proper and potentially

successful motion with the submission of a Supplemental Summary Judgment Motion.

Plaintiff has submitted a Supplemental Summary Judgment Response, and will

Martha Akers
1319 FAIRMONT ST NW
WASHINGTON, DC 20009-6900

# DC Fire And EMS Department

Toll Free Main 1-888-828-8019

# Emergency Medical Services Bill

Date of Service: 12/17/2010
Account: ████

DC Fire And EMS Department provided you emergency medical services on the above mentioned service date. At this time, we have not yet obtained insurance information. If you have insurance or participate in any program which will pay for these services, please complete and sign the reverse side of this bill and return in the enclosed envelope.

If you do not have insurance, please call 1-888-828-8019 to set up a payment plan. The amount due is your responsibility.

## STATEMENT OF ACCOUNT

| Date | Description | Amount |
|---|---|---|
| 12/19/2010 | BLS Emergency Base Rate | 428.00 |
| 12/19/2010 | BLS Emergency Mileage | 13.10 |

**AMOUNT DUE     $441.10**

***DETACH LOWER PORTION AND RETURN STUB WITH YOUR PAYMENT  THANK YOU ***



DC Fire And EMS Department
PO BOX 27767
WASHINGTON, DC 20038-7767
T100901867
Return Service Requested

December 27, 2010

*************AUTO**3-DIGIT 200

Martha Akers
1319 FAIRMONT ST NW
WASHINGTON, DC 20009-6900

Account #: 05094605         Balance Due: $441.10
Payment amount authorized: $_____

**Visa Mastercard**

Card#|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|  Exp Dt _____

Signature_____

Printed Cardholder Name_____

**MAKE CHECK PAYABLE TO:**

**DC Fire And EMS Department**
PO BOX 27767
WASHINGTON, DC 20038-7767

provide additional supporting photographs, documents and evidential material.

Plaintiff was assaulted on December 17, 2010, for which she received injuries to her back, head and neck thus required emergency medical diagnosis and treatment but Plaintiff went on high doses of pain medication which now Plaintiff require additional doctors care and therapy, scheduled for the period of the Hearing. Plaintiff is requesting a postponement to or after February 21, 2011. Therefore, Plaintiff request a continuance.

Respectfully submitted,

Martha A Akers

## CERTIFICATE OF SERVICE

I certify, on January 15, 2010, true copies of documents was sent by regular U.S. Postal mail to:

Jane Saindon Rogers, Esq.
Tiffany M. Releford, Esq
Whiteford, Taylor & Preston
1025 Connecticut Ave, NW, 400
Washington, DC 20036

Martha A. Akers, Pro Se
1319 Fairmont St, NW
Washington, D.C. 20009