The order below is hereby signed.

Signed: January 18, 2011.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| MARTHA A. AKERS, | ) | Case No. 07-00662 |
| | ) | (Chapter 7) |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| MARTHA A. AKERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No. |
| | ) | 10-10006 |
| WINDWARD CAPITAL | ) | |
| CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER CONTINUING HEARING ON
WINDWARD CAPITAL CORP. AND MOORING FINANCIAL CORP.'S
<u>MOTION FOR SUMMARY JUDGMENT AND CONTINUING PRETRIAL CONFERENCE</u>

On the debtor's motion, it is

ORDERED that:

- the hearing on the motion for summary judgment (Dkt. No. 77) filed by Windward Capital Corporation ("Windward" or "Lender") and Mooring Financial Corporation on September 28, 2010, as supplemented by a supplemental memorandum filed on November 19, 2010

   (Dkt. No. 102), and

- the pretrial conference set by the amended scheduling order (Dkt. No. 116),

are continued from January 19, 2011, to February 22, 2011, at 10:30 a.m.

              [Signed and dated above.]

Copies to: All counsel of record.