The order below is hereby signed.

Signed: January 18, 2011.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

```
In re                          )
                               )
MARTHA A. AKERS,               )    Case No. 07-00662
                               )    (Chapter 7)
          Debtor.              )
_____)
                               )
MARTHA A. AKERS,               )
                               )
          Plaintiff,           )
                               )
     v.                        )    Adversary Proceeding No.
                               )    10-10006
WINDWARD CAPITAL               )
CORPORATION, et al.,           )
                               )
          Defendants.          )
```

ORDER CONTINUING HEARING ON
WINDWARD CAPITAL CORP. AND MOORING FINANCIAL CORP.'S
<u>MOTION FOR SUMMARY JUDGMENT AND CONTINUING PRETRIAL CONFERENCE</u>

On the debtor's motion, it is

ORDERED that:

- the hearing on the motion for summary judgment (Dkt. No. 77) filed by Windward Capital Corporation ("Windward" or "Lender") and Mooring Financial Corporation on September 28, 2010, as supplemented by a supplemental memorandum filed on November 19, 2010

      (Dkt. No. 102), and

- the pretrial conference set by the amended scheduling order (Dkt. No. 116),

are continued from January 19, 2011, to February 22, 2011, at 10:30 a.m.

                                                [Signed and dated above.]

Copies to: All counsel of record.