The order below is hereby signed.

Signed: February 10, 2011.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

```
             UNITED STATES BANKRUPTCY COURT
              FOR THE DISTRICT OF COLUMBIA
```

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| MARTHA A. AKERS, | ) | Case No. 07-00662 |
| | ) | (Chapter 13) |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| MARTHA A. AKERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No. |
| | ) | 10-10006 |
| WINDWARD CAPITAL | ) | |
| CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER TO SHOW CAUSE WHY ADVERSARY PROCEEDING OUGHT NOT BE DISMISSED AS TO CAPITOL INSURANCE

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure (made applicable by Fed. R. Bankr. P. 7004(a)(1)), it is

ORDERED that within 21 days after the date of entry of this judgment, the plaintiff shall show cause why this adversary proceeding ought not be dismissed without prejudice as to the defendant, Capitol Insurance, based on the debtor's failure to

make service on that entity within 120 days after the filing of the amended complaint naming that entity a defendant.

[Signed and dated above.]

Copies to: Debtor; all counsel of record; Chapter 13 Trustee.